[*Special Term, April*, 1872.]

JOSEPH BILLINGHEIMER v. J. J. RICKEY ET AL.

Where a judgment had been rendered against two joint debtors, and the plaintiff issued execution against one of the judgment debtors only, on motion to set aside the execution:

*Held*, that the execution must follow the judgment, though the plaintiff may have the right to levy on the property of one of the defendants for the whole debt.

MOTION to set aside an execution against R. H. Stevenson.

*Long & Kramer*, for plaintiff.

*Hoadly & Johnson*, for defendants.

HAGANS, J. A judgment had been rendered against J. J. Rickey and R. H. Stevenson as joint debtors, and the plaintiff has issued execution against R. H. Stevenson only, and is about to levy, when said Stevenson interposes this motion.

The execution must follow the judgment, though the party may have the right to direct the execution to be levied on the property of one of the defendants for the whole debt. *Slaughter* v. *Price*, 2 J. J. Marsh. 137.

Motion granted.